1 Donald E. J. Kilmer, Jr. (SBN: 179986)
Law Offices of Donald Kilmer, APC
2 1645 Willow Street, Suite 150
San Jose, California 95125
3 Phone: (408) 264-8489
Fax: (408) 264-8487
4 E-Mail: Don@DKLawOffice.com

5 Attorney for Defendant:
STEVEN VARGEM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE MACHINE GUN / SHORT BARRELED RIFLE AND 28 MISCELLANEOUS FIREARMS AND AMMUNITION.<br><br>Defendant.<br><br>STEVEN VARGEM,<br>    Claimant and<br>    Real Party in Interest (RPI). | CASE NO.: CV 10-04766 HRL<br><br>Related (Lead) Case No.: CR 10-00729 JW<br><br>**VERIFIED CLAIM FOR PROPERTY**<br><br>**CLAIMANT/RPI DEMANDS A JURY WHERE AVAILABLE** |

Claimant and Real Party in Interest (RPI) STEVEN VARGEM, by and through undersigned counsel, files this verified claim praying for release and/or the right to dispose of the property seized from him on or about October 21, 2010.

This claim is filed subsequent to a **VERIFIED ANSWER TO COMPLAINT FOR CIVIL FORFEITURE AND CLAIM**, filed on or about December 2, 2010, and pursuant to an extension of time to file a claim granted by Assistant United States Attorney David Countryman.

1 Claimant and Real Party in Interest STEVEN VARGEM reserves all of his
2 constitutional rights and defenses in filing this claim, including but not limited to:

3     1. The right against self-incrimination,
4     2. The right to be free from unreasonable search and seizure,
5     3. The right to be free from warrantless arrest, warrantless seizure and
6         warrantless search,
7     4. The right to assistance of counsel,
8     5. The right to just compensation,
9     6. The right to be free from double jeopardy,
10    7. The right to be free from cruel and unusual punishment and excessive
11        fines.

12 Claimant and Real Party in Interest STEVEN VARGEM claims an
13 ownership interest (as distinguished from a possessory interest) in the following
14 property (currently held by the United States Government):

15    A. One Browning model Buckmark .22 Cal pistol, SN 655NM15259.
16    B. One CZ model CZ75 Kadet .22 caliger pistol, SN A377497.
17    C. One Fagarm S.P.A. model Black Lion 12 GA shotgun, SN 2011416.
18    D. One FN (Herstal) model Five-Seven 5.7mm caliber pistol, SN
19        386156659.
20    E. One German Sports Guns model GSG-5 SD .22 caliber rifle, SN
21        A274798.
22    F. One Glock model 19 9mm pistol, SN AAV204US.
23    G. One Heckler and Koch model VP70Z 9mm pistol. SN 81318.
24    H. One Heckler and Koch model USP45 Tactical 45 caliber pistol, SN 25-
25        059604.
26    I. One Beretta model 92 9mm pistol, SN BER061070Z.
27    J. One Heckler and Koch model P9S 9mm pistol, SN 109020.
28    K. One Heckler and Koch model P9S 9mm pistol, SN 136095.

1     L.     One Jennings Firearm model J22 .22 caliber pistol, SN 163010.
2     M.    One Manurhin S.A. PP .32 caliber pistol, SN 45588.
3     N.     One Ruger model Ranch Rifle 7.62mm rifle, SN 581-09848, with scope
4            attached.
5     O.     One Steyr model GB 9mm pistol, SN P11941.
6     P.     One Steyr model SPP 9mm pistol, SN A21775.
7     Q.     108 rounds of .308 caliber ammunition.
8     R.     174 rounds of .45 caliber ammunition.
9     S.     220 rounds of .223 caliber ammunition.
10    T.     603 rounds of 9mm ammunition.
11    U.     496 rounds of 5.7mm ammunition.
12    V.     497 .22 caliber ammunition.
13    W.    92 rounds of .32 caliber ammunition.

15   Claimant and Real Party in Interest STEVEN VARGEM claims a right of
16 disposition[1] (as distinguished from an ownership and/or possessory interest) in the
17 following property (currently held by the United States Government):
18    X.     One Calico model Liberty I 9mm rifle, SN R000140.
19    Y.     One Calico model Liberty II 9mm rifle, SN T000412.
20    Z.     On Colt model Match Target Competition HBAR II .223 Caliber rifle,
21           SN CJC004488 with sling and scope attached.
22    AA.   One Colt model Sporter Lightweight .223 rifle, SN SL016131.
23    BB.   One Colt model Sporter Lightweight 7.62 rifle, SN LH 006430 with
24           sling attached.
25    CC.   One Colt model Sporter Lightweight 9mm rifle, SN NL003912.

---

[1] In the event that the listed property is technically deemed contraband in the State of California, Claimant is reserving his right to have the property transferred to a jurisdiction where the items may be lawfully sold and its economic value recovered.

1     DD.    One Colt model Sporter Lightweight 7.62 mm rifle, SN LH007953.

2     EE.    One Heckler and Koch model SP89 9 mm pistol, SN 21-16399.

3     FF.    One Heckler and Koch model SP89 9mm, pistol, SN 21-16398.

4     GG.    One Heckler and Koch model USC45 .45 Cal. SN 47-000573.

5     HH.    One Norinco model BWK92 .223 caliber rifle, SN 306342.

6     II.    One Norinco model MAK90 7.62 mm rifle, SN 9390871.

8     Claimant and Real Party in Interest STEVEN VARGEM reserves the right to amend this claim if/when he discovers that more items were seized and are being held by the government.

### VERIFICATION BY CLAIMANT/RPI

I, Steven Vargem, declare that I have read this Claim and I declare is true under penalty of perjury under the laws of California and the United States, and I further declare that this verification was executed in San Jose, CA on December 21, 2010.

_____

STEVEN VARGEM, Claimant/RPI

Respectfully Submitted, on December 21, 2010,

    /s/
_____
Donald Kilmer,
Attorney for Steven Vargem
Don@DKLawOffice.com