MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7303
Facsimile:  415.436.7234
Email: david.countryman@usdoj.gov

Attorneys for United States of America

IT IS SO ORDERED AS MODIFIED
Judge James Ware
12/29/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ONE MACHINE GUN / SHORT BARRELED RIFLE AND 28 MISCELLANEOUS FIREARMS AND AMMUNITION,<br><br>            Defendants. | No. CV 10-04766 JW<br><br>MOTION TO STAY FORFEITURE PROCEEDING AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and potential claimant Steven Vargem, through undersigned counsel, that this action be stayed pursuant to 18 U.S.C. § 981(g). Potential claimant Steven Vargem is currently awaiting trial in this Court in United States v. Vargem, CR 10-00729 JW. The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve claimant's right against self-incrimination in the related criminal matter, as well as to not jeopardize the government's ability to prosecute the criminal

1 action.

2 Based on the foregoing, pursuant to 18 U.S.C. § 981(g), the parties respectfully request
3 that the Court enter an order staying the forfeiture case until pending criminal case United States
4 v. Vargem, CR 10-00729 JW, has been disposed of at the trial court level, either through a
5 verdict or by way of a plea.

7 IT IS SO STIPULATED:                        MELINDA HAAG
                                              United States Attorney

10 Dated: 12/22/10

                                              _____
                                              DAVID COUNTRYMAN
                                              Assistant United States Attorney

14 Dated: 12/3/2010

                                              _____
                                              DONALD E. J. KILMER, JR., ESQ.
                                              Attorney for Steven Vargem

18                              [PROPOSED] ORDER TO STAY

19      Based upon the government's's motion to stay forfeiture Proceedings, the record in this
20 case, and for good cause appearing, it is HEREBY ORDERED that the instant case be, and
21 hereby is, STAYED, pursuant to 18 U.S.C. § 981(g). Within 10 days of the disposition of
22 the related Criminal case, the stay is lifted and the parties shall file a Joint Status
23 Report to update the Court as to how this case should proceed.

24 SO ORDERED.
25 DATED: December 29, 2010
                                              _____
                                              JAMES WARE
                                              United States District Judge

MOTION TO STAY FORFEITURE PROCEEDING AND [PROPOSED] ORDER
2