IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:10-cv-04766 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ONE MACHINE GUN/SHORT BARRELED RIFLE AND MISCELLANEOUS FIREARMS AND AMMUNITION, | |
| Defendant(s). | |

Having reviewed the parties' joint statement (see Docket Item No. 15), the court has determined a Case Management Conference is premature at this time. Accordingly, the Case Management Conference scheduled for April 4, 2014, is VACATED.

In addition, the court notes the related criminal proceedings will soon return for additional sentencing proceedings consistent with the Ninth Circuit's opinion filed March 28, 2014. Due to this development and the corresponding stay of this action, the clerk is directed to ADMINISTRATIVELY CLOSE this file. Within 10 days of a final resolution of the related criminal action including any appeals, the parties shall file a notice informing the court of such disposition and requesting that this action be scheduled for a Case Management Conference.

**IT IS SO ORDERED.**

Dated:  March 31, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:10-cv-04766 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE