IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>ONE MACHINE GUN/SHORT BARRELED RIFLE AND MISCELLANEOUS FIREARMS AND AMMUNITION,<br><br>Defendant(s). | CASE NO. 5:10-cv-04766 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff's Case Management Statement filed August 21, 2014 (see Docket Item No. 26), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for August 29, 2014, is VACATED, and the parties shall comply with the following orders:

1. Plaintiff shall file the dispositive motion indicated in its Case Management Statement on or before **September 26, 2014**.

2. Any response or opposition to Plaintiff's motion shall be filed on or before **October 27, 2014**, and any reply shall be filed on or before **November 7, 2014.**

3. The court schedules a hearing on Plaintiff's motion for **9:00 a.m. on November 21, 2014.**

**IT IS SO ORDERED.**

Dated: August 25, 2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN VARGEM<br><br>　　　　　Defendant. | Case Number: CV 10-04766-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Lee Vargem - 13457-111
Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

Dated: August 25, 2014

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk