FILED

OCT 15 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Claimant/RPI)
Steven Lee Vargem
335 Almond Drive
Lodi, CA 95240
408-833-5621

c/EJD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**ONE MACHINE GUN/SHORT BARRELED RIFLE AND 28 MISCELLANEOUS FIREARMS AND AMMUNITION**<br>**Defendant**<br><br>**Steven Lee Vargem**<br>**TITLE holder/Claimant and Real Party in Interest (RPI).** | **Case No.: CV 10-04766 EJD**<br>**RELATED (LEAD) CASE NO.: CR 10-00729**<br><br>**TITLE HOLDERS MOTION TO DISMISS FOR LACK OF JURISDICITON AND LACK OF LEGAL STANDING** |

Claimant TITLE holder/RPI Steven Lee Vargem hereby submit these facts and evidence in opposition to the Governments recent "**MOTION FOR AN ORDER TO DESTROY CERTAIN FIREARMS AND AMMUNITION; AND MOTION FOR SUMMARY JUDGEMENT OF FORFEITURE**" and here by file this "**TITLE HOLDERS MOTION TO DISMISS FOR LACK OF JURISDICITON AND LACK OF LEGAL STANDING**".

This case is an ongoing civil forfeiture that was originally filed on October 21, 2010 by a Plaintiff: UNITED STATES OF AMERICA [*sic*]. This plaintiff claims to have standing to cause forfeiture action against 29 firearms, assorted ammunitions, parts and

accessories usurped from TITLE holder/claimant RPI Steven Lee Vargem's (Vargem) home on 6-24-10 by SAN JOSE POLICE DEPARTMENT (S.J.P.D) acting solely in and of their own interest and power granted them by the sovereign STATE of CALIFORNIA.

On 9-15-14 a motion for summary judgment, or order authorizing destruction was filed with this court.

On 8-28-15 this court denied (dismissed) the GOVERNMENTS summary judgment without prejudice, and allowed the GOVERNMENT (a.k.a. UNITED STATES) to file a new motion on or before 10-2-15. This action prejudiced the non-moving party Vargem. Civil forfeiture laws clearly state judgments are to **favor** the non-moving party: Federal rules of Civil procedure 56.

Vargem here by files this motion to dismiss per Fed.R.Civ.P. G 8(b).

**FACTUAL STATEMENTS TO SUPPORT MOTION TO DISMISS**

**AND LACK OF LEGAL STANDING**

**1.** Vargem contends this plaintiff has no legal standing and the state seizure was done with fraudulent intent in violation of his 4th amendment and 5th amendment due process rights. Where as in the case at bar a person has been deprived of property in a manner contrary to the most basic tents of "DUE PROCESS" "It is no answer for the GOVERNMENT to say that in this particular case DUE PROCESS of law would have led to the same results because Vargem has no adequate defense upon the merits". **COE v. ARMOUR FERTILIZER WORKS, 237 U.S. 413, 35 S.Ct. 625, 629, 59 L. Ed. 1027(1915).** As observed in **ARMSTRONG v. MANZO, 380 U.S. 545, 552(1965).** Only "wip[ing] the slate clean…. Would restore Vargem to the position he would have occupied had DUE PROCESS of law been accorded him in the first place. The Due

PROCESS CLAUSE demands no less in this case. **Peralta, Supra, 108 U.S. at 898-99, 900**.

**2.** The main question presented that the GOVERNMENT eschews is "How did the GOVERNMENT obtain jurisdiction or possession of property that was purely a STATE incident? In all of the filings of the GOVERNMENT it still has never answered this question.

**3.** When dealing with seizures done entirely on behalf of STATE or local LAW ENFORCEMENT as is the case here per the DEPARTMENT OF JUSTICE "ASSET FORFEITURE POLICY MANUAL" "There must be a forfeiture count or allegation in the indictment, information, or judgment; otherwise forfeiture is LEGEALLY impossible" and only that property listed is subject to forfeiture. See: Federal rules of Criminal procedure 32.2. Additionally I demand the GOVERNMENT produce a copy of form "REQUEST FOR ADOPTION OF STATE OR LOCAL SEIZURE" without which forfeiture is legally impossible for lack of jurisdiction.

**4.** Vargem claims that neither the GOVERNMENT nor the plaintiff: UNITED STATES OF AMERICA [*SIC*] have legal standing in this matter. The GOVERNMENT has already claimed legal standing under an array of federal statutes everything from 18 U.S.C. § 922, 924, 983, 28 U.S.C. § 1345, 1346, 1355, 1395, 1651, 26 U.S.C. § 5841, 5861, 5871, and 5872.

**5.** It is with clear and convincing evidence that the GOVERNMENT has tried at one time or another to throw everything it can at the wall to see what will stick.

**6.** Regardless of any of the GOVERNMENTS claims or attempts at legal standing in the forfeiture action at bar the controlling Federal Statute is 18 U.S.C. § 983(1)(A)(iv). The GOVERNMENT cannot pick and choose preceding's at its leisure for its convenience,

**UNITED STATES v. FIFTY-TWO FIREARMS (2005), MD Fla) 362 F. Supp 2d 1308**.

**7.** The GOVERNMENT appears to believe it has the powers of "GOD" and jurisdiction to enforce every STATE law in the nation. It is with clear and convincing evidence that the separation of powers under the **Constitution for the United States of America** only allow certain powers to the GOVERNMENT. Under the **Constitution of the United States of America 1871** the GOVERNMENTS jurisdiction is defined as the 20 sq. miles around Washington D.C. (the Federal Zone) and territories delegated to it by the respective STATES (i.e. U.S. post office, military bases, DISTRICT, CIRCUIT, APPLET, and SUPREME COURTS and TRIBUNALS). The STATES and the People retain jurisdiction over everything else. The STATES have "Police" power the GOVERNMENT DOES NOT! **UNITED STATES v. LOPEZ, 514 U.S. 549, 567 (1995)**, **McCulloch v. MARYLAND, 4 Wheat, 316, 405 (1819)**; **BOND v. UNITED STATES, 564- U.S., 681 F.3d 149 (2014)**, **SEE: PENHALLOW v. DOANE, 3 Dall. 54, 80, 81, Fed.Cas. No. 10925**., **ATASCADERO STATE HOSPITAL v. SCANLON, 473 U.S. 234, 243 (1985)**; **GREGORY v. ASHCROFT, 501 U.S. 452, 460 (1991)**, **COHENS v. VIRGINIA, 6 Wheat. 264, 428 (1821)**.

**8.** The Government is trying to enforce CALIFORNIA law that CALIFORNIA itself has already conceded Vargem did not violate by dismissing his case (see: Snap-out Exhibit I). 18 U.S.C. § 3041= STATE Judges have the power to proceed according to the usual mode of procedure of HIS STATE. Including to discharge him from arrest= Federal Rule of Criminal Procedure 1 (b)(10)(A). The Supreme Court has traditionally viewed the exercise of STATE Official's prosecutorial discretion as a "valuable feature" of our constitutional system. See: **Bordenkircher v. Hayes, 434 U.S. 357, 364**

**(1978)**. Ninth Amendment of the constitutional amendment, ratified with the Bill of Rights in 1791, providing that rights listed in the Constitution must not be construed in a way that denies or disparages unlisted rights, which are retained by the people. Cases: **Constitutional Law 82(2). C.J.S. Constitutional Law § 445-446, 630.**

**9.** The GOVERNMENT uses a report dated 8-28-14 as its examples of non-registration. It is with clear and convincing evidence that this property was in the GOVERNMENTS custody as of 12-14-10 as proof of the GOVERNMENTS "DECLARATION OF PUBLICATION". And as such none of These weapons would show as being registered to Vargem. S.J.P.D. by law had a duty to take them out of Vargem's name otherwise he would falsely be claimed as "in possession". There is also the issue of Chapter 44 Firearms: the "FIREARMS OWNERS PROTECTION ACT" which clearly states: under this rule "no records are to be recorded, or transferred to a facility owner, managed, or controlled by the UNITED STATES, or any STATE". And as such this is the reason none of the long guns have records.

**10.** Federal GOVERNMENT cannot impose obligations on the State pursuant to section 5 of the 14th Amendment. **Pennhurst State School and Hospital v. Halderman, 451 U.S. 218, 230 (1947)**.

**11.** This so called assault weapons law contradicts Federal law and the Federal GOVERNMENT can only enforce Federal Statute. Just as STATES have the sovereign right to legalize marijuana that is Illegal under Federal law without intervention. The STATES have the choice to prosecute or not prosecute without GOVERNMENTS intervention regardless if the GOVERNMENT agrees with that decision.

**12.** As the GOVERNMENT states and this court should note that CALIFORNIA PENAL CODES have been updated and revised (C.P.C. § 30515

formerly § 12276.1) most notably C.P.C. § 18000-18500 due to unconstitutional vagueness and lack of due process rights when Dealing with DV situations which Vargem has fallen victim to.

**13.** In **MCDONALD V. CITY OF CHICAGO 2010 U.S. LEXIS 5523 @ *47** The Supreme Court concluded: "The right to keep and bear arms is fundamental and unmistakably so", from "Ancient times till today, and **NO** GOVERNMENT may interfere with it". "Just as you do not need to register your books with the GOVERNMENT to exercise your first amendment rights, you do not need to register your firearms in order to exercise your second amendment rights". Nothing trumps a natural right. The roll of a justice when they take oath is to uphold the Constitution in its entirety as it was intended when it was written.

**14.** The all writs act 28 U.S.C. § 1651 is unconstitutional as the Government has written: "allows the courts to act as legislatively approved or procedural instrument" and as such is acting as a legislative court, and not as a "Constitutional court" under articles III and V of the Constitution for the United States of America as it is intended. Therefore the question must be presented: "Is this a legislative court or a Constitutional court as defined under articles III and V of the Constitution for the United States of America"?

**15.** This court has already established that the UNITED STATES (a.k.a. GOVERNMENT) has standing to bring suite under 28 U.S.C. § 1345 and 1346. The problem that arises with the case at bar is the plaintiff is: UNITED STATES OF AMERICA [*SIC*] a corporate entity twice registered in the state of Delaware. Congress has conferred legal standing on the "UNITED STATES" to sue and be sued at 28 U.S.C. § 1345 and 1346, respectively: Congress has NOT conferred comparable

legal standing upon the "UNITED STATES OF AMERICA" to sue, or be sued, as such. Furthermore, under the Articles of Confederation, the term "United States of America" is the "stile" or phrase that was used to describe the Union formed legally by those Articles:

**16.** Articles of Confederation and perpetual Union between the States of New Hampshire, Massachusetts Bay, Rhode Island and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia.

**17.** Article I. The Stile of this Confederacy shall be "The United States of America."

**18.** Article II. Each state retains its sovereignty, freedom, and independence, and every power, jurisdiction, and right, which is not by this Confederation expressly delegated to the UNITED STATES, in Congress assembled."

**19.** Note also that those Articles clearly distinguished "United States of America" from "UNITED STATES" in Congress assembled. The States formally delegated certain powers to the Federal GOVERNMENT, which is clearly identified in those Articles as the "UNITED STATES".

**20.** Therefore, the "United States of America" now refer to the 50 States of the Union, and the term "UNITED STATES" refers to the Federal GOVERNMENT.

**21.** The term "UNITED STATES" is the term that is used consistently now throughout Title 28 to refer to the Federal GOVERNMENT domiciled in D.C. There is only ONE PLACE in all of Title 28 where the term "United States of America" is used, and there it is used in correct contradistinction to "UNITED STATES":

**22.** Because Title 28 contains statutes which govern all Federal

COURTS, the consistent use of "UNITED STATES" to refer to the Federal GOVENRNMENT carries enormous weight. Title 28 is the latest word on this subject, as revised, codified and enacted into positive law on June 25, 1948. Moreover, the Supremacy Clause elevates Title 28 to the status of supreme Law of the Land.

**23.** The main problem that arises from the case at bar is that the UNITED STATES Attorney is trying to sue property in the name of the "UNITED STATES OF AMERICA"[sic] a registered Delaware corporation but without any powers of attorney and thus no jurisdiction to do so. Compare 28 U.S.C. 547 (which confers powers of attorney to represent the "UNITED STATES" and its agencies in Federal COURTS):

**24.** They are NOT "United States of America Attorneys". They do NOT have any powers of attorney to represent Delaware corporations in Federal COURTS; Congress never appropriated funds for them to do so and Congress never conferred any powers of attorney on them to do so.

**25.** The 50 States are already adequately represented by their respective State Attorneys General; therefore, U.S. Attorneys have no powers of attorney to represent any of the 50 States of the Union, or any of their agencies, either.

**26.** They are "U.S. Attorneys" NOT "U.S.A. Attorneys". Accordingly, it is willful misrepresentation for any U.S. Attorney to attempt to appear in any State or Federal COURT on behalf of the "UNITED STATES OF AMERICA" [sic]. And, such misrepresentation is fraud actionable under the McDade Act at 28 U.S.C. 530B:

**27.** This means there are 9 counts of willful misrepresentation, 9 counts of mail fraud and the government appears to be acting as a criminal syndicate under the RICO act along with frivolous forfeiture claims in violation of Federal Rules of Civil procedure Rule 17, Rule

60 (b)(3) and 60 (d)(3) also see: A.G. ORDER NO. 1860-94.

**28.** The GOVERNMENT claims "LEAGL AUTHORITY FOR SUMMARY JUDGEMENT FORFEITURE" at 6:9-26 and 7:1-18. This claim is legally flawed and does not apply to Vargem for the following factual reasons.

**29.** Of all the 50 UNITED STATES CODE'S TITLE 26 is codified as "PRIVATE" law not PUBLIC law. As stated in the preface of TITLE 26 verbatim "The following tables have been prepared as aids in comparing provisions of the Internal Revenue Code of 1954 (redesignated the Internal Revenue Code of 1986 by Pub. L. 99-514, §2, Oct. 22, 1986, 100 Stat. 2095) with provisions of the Internal Revenue Code of 1939. **No inferences, implications, or presumptions of legislative construction or intent are to be drawn or made by reason of such tables".**

**30.** The IRS is a corporate entity registered in Delaware of the corporation d.b.a. FEDERAL RESERVE See: **50 Am.Jur.: 12 p 28, Case v. Kelly, 133 US 21 (1890).** Statutes creating corporations are private acts: **20 Am.Jur. 35, p 60.** In this connection, the FEDERAL RESERVE ACT is private law. INTERNAL REVENUE CODE (TITLE 26 USC) is listed as having NOT been enacted as substantive public law, conceding that the INTERNAL REVENUE CODE is private law. Vargem has never knowingly with full disclosure entered into contract with the private corporation d.b.a. FEDERAL RESERVE or IRS.

**31.** 26 U.S.C. § 7806(b) says that Title 26 is not law, as we read: **"No inference, implication or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title..."** N.B. "legislative construction" means "LAW" and the following United States Supreme Court unmistakably states the same

conclusion: "The fact that 26 U.S.C. § 4161(a) is located in part of Code dealing with recreational equipment and sporting goods is of little significance in determining applicability of tax to lures used in commercial fishing since Sec. 7806 provides that nothing is to be inferred from grouping or indexing of any particular section." -- **NORDBY SUPPLY Co. v UNITED STATES (1978, CA9 Wash) 572 F2d 1377, cert den 439 US 861, 58 L Ed 2d 170, 99 S Ct 182**.

**32.** "Act's civil and criminal penalties attach only upon violation of regulations promulgated by the Secretary; if the Secretary were to do nothing, the Act itself would impose no penalties on anyone." **CALIFORNIA BANKERS ASSN. v. SHULTZ, 416 U.S. 21 (1974)** "All code that passes the US Constitutional muster must also conform with ibid: **UNITED STATES v. AMERICAN PRODUCTION INDUSTRIES, Inc., 58 F.3d 404, 407 (9th Cir. 1995) ,**" … to wit: Only regulations having the "force and effect of law" can create a private right of action " …. In contrast, "rules of agency organization, procedure, or practice sometimes called interpretive rules do not create enforceable rights" … "Interpretive rules express an agency's internal house-keeping measures organizing Agency activities. Unless the regulations comply with the 1946 Administrative Procedures Act 60 Stat 236-244 (4& 4(c)); and, today codified in 5 U.S.C. chapters 5-9 and specifically in 5 U.S.C. § 553(d) for informal rule making then the regulation does not have the "force and effect of law" and is merely "interpretative" at best. Interpretative regulations cannot be violated or enforced.

**33.** Vargem had an exceptional Liberty and property interest in his legally owned and purchased property. The deprivation of which

would indeed "constitute a grievous loss", **<u>Perry v. Sindermann</u>, 408 U.S. 593 (1972).**

**34.** The notion that "any grievous loss" visited upon a person by the State is sufficient to invoke the procedural protections of the due process clause. **<u>Meachum v. Fano</u>, 427 U.S. 215, 224 (1976).**

**35.** The touchstone of due process is protections of the "Individual" against arbitrary action of government, **<u>Dent v. West Virginia</u>, 129 U.S. 114, 123 (1889).** The liberty interest in **<u>Wolff v. McDonnell</u>** has its roots in State Law. This is consistent with the Supreme Courts approach in other due process cases such as: **Goss v. Lopez, 419 U.S. 565 (1975); <u>Board of Regents v. Roth</u>,** Supra; **<u>Perry v. Sindermann</u>, 408 U.S. 593 (1972); <u>Goldberg v. Kelly</u>, 397 U.S. 254 (1970); <u>District of Colombia v. Heller</u> (2008); <u>McDonald v. City of Chicago</u> 2010 U.S. Lexis 5523 @ *47.**

**36.** "Due process" requires, at a minimum, that an individual be given a meaningful opportunity to be "heard" prior to being subjected by force of a law to a significant deprivation of "Life, Liberty, or Property". Here D. Tuell usurped Vargem's property, his liberty, and put Vargem's life in jeopardy by suspending his right to self-protection and equal protection of the law. **401 U.S. 378-379 <u>Randone v. Appellate Department</u>, 1971, 5 C 3d 536, 550. In <u>Mullane v. Central Hanover Trust Co.</u> 339 U.S. 306** the Supreme Court said "that the right to be heard has little worth unless one is informed that the matter is pending and can choose for himself whether to appear or default", **339 U.S. 337, 339, 340.**

## Conclusion

It is with all the aforementioned facts and clear and convincing evidence of Supreme Court rulings and Federal Statutes that I, Steven Vargem, Title Holder and RPI prays:

**1.** That this action be dismissed.

**2.** That all property listed in complaint as well as other property taken by ATF and S.J.P.D. that is not listed in complaint and is being withheld from Vargem in violation of his civil rights to claim his legally owned and purchased property and property legal for him to possess even in the event of a conviction, be returned to him forthwith in accordance with this courts direction.

**3.** For this court to consider all such other and further relief as may be deemed just and equitable.

I, Steven Vargem declare that I have prepared this motion to dismiss, and that from the case law, federal statutes researched and presented, and to the best of my knowledge believe all to be true and binding. I declare this to be true under penalty of perjury under the laws of California and the United States; I further declare that this motion is executed in San Jose, CA on September 24, 2014.

Steven Lee Vargem, Title
Holder/Claimant RPI
"Without Prejudice" UCC 1-308
Date: October 14, 2015